*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| <u>Adriana Maria Quiroz Zapata</u><br>Plaintiff | Case No.   1:26-cv-01189 |
| VS.<br><u>Brian Acuna et al.</u><br>Defendant | Judge<br>Magistrate Judge |

**ORDER**

IT IS ORDERED that <u>Lauren O'Neal</u> be and is hereby admitted to the bar of this Court

pro hac vice on behalf of <u>Adriana Maria Quiroz Zapata, Plaintiff</u> in the above described action.

SO ORDERED on this, the __15th__ day of __Apr.__, 20__26__.

_____
U.S. Magistrate Judge